UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA VAIL LUCAS, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>KIRSTJEN NIELSON, et al.,<br><br>   Defendants. | Case No. 18-cv-07763-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On January 3, 2019, after an order issued granting Petitioners' request for a temporary restraining order, Dkt. No. 7, this case was reassigned to this Court. The previously-set briefing schedule and hearing date, *see* Dkt. No. 7 at 7, are **VACATED**. The Court **SETS** the following briefing schedule:

| Event | Court Deadline |
|---|---|
| **Either**: (1) Petitioners' motion for preliminary injunction, **or** (2) notice that Petitioners intend to rely on the motion for temporary restraining order | January 11, 2019 |
| Defendants' opposition to Petitioners' motion for preliminary injunction | January 25, 2019 |
| Petitioners' reply | February 1, 2019 |
| Hearing on Motion for Preliminary Injunction | February 14, 2019 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The December 28, 2018 temporary restraining order remains in place until otherwise ordered.

**IT IS SO ORDERED.**

Dated: 1/3/2019

                _____
                HAYWOOD S. GILLIAM, JR.
                United States District Judge