1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  GIOCONDA MOLINARI (CABN 177726)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7220
7       FAX: (415) 436-6748
        Gioconda.Molinari@usdoj.gov
8
   Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| LIDIA VAIL LUCAS, et al., | ) | No. 4:18-cv-07763 HSG |
| | ) | |
| Petitioners, | ) | **STIPULATION BETWEEN RESPONDENTS AND PETITIONERS TO PERMIT RESPONDENTS TO FILE SURREPLY** |
| v. | ) | |
| KIRSTJEN NIELSEN, et al., | ) | **ORDER** |
| | ) | Date: February 14, 2019 |
| Respondents. | ) | Time: 2:00 p.m. |
| | ) | Courtroom 2, 4th Floor, Oakland |

| | |
|---|---|
| 1 | Subject to the approval of the Court, the parties hereby stipulate that Respondents will be |
| 2 | permitted to file a surreply in response to Petitioners' Reply to the Respondents' Return, ECF 20. |
| 3 | Petitioners agree that Respondents should have an opportunity to respond to claims made by Petitioners |
| 4 | in their Reply. |

Respectfully submitted,<br>
DAVID L. ANDERSON<br>
United States Attorney

February 8, 2019                    By:      /s/
                                        GIOCONDA R. MOLINARI
                                        Assistant United States Attorney
                                        Attorneys for Respondents

                                        NIENKE SCHOUTEN

February 8, 2019                             /s/*
                                        NIENKE SCHOUTEN
                                        Law Offices of Nienke Schouten
                                        Attorney for Petitioners

*In compliance with Civil Local Rule 5-1(i)(3), I, Gioconda Molinari, attest under penalty of perjury that all signatories have concurred in the filing of this document.

**ORDER TO PERMIT RESPONDENTS TO FILE SURREPLY**

IT IS HEREBY ORDERED THAT:

The Respondents in this action are permitted to file a Surreply in response to Petitioners' Reply to the Respondents' Return.

DATED: February 13, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge